UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHUC NGUYEN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-1799** |
| **AMERICAN COMMERCIAL LINES, INC., EL AL** | **SECTION: "B" (4)** |

## ORDER

Before the Court is Sue Arnold's **Motion to Substitute Estate Representative for the Deceased Claimant, Mark Arnold (R. Doc. 113)** seeking an order from the Court that Sue Arnold, as estate representative, be substituted as a party for Claimant Mark Arnold, her deceased husband. Also before the Court is **Motion for Expedited Hearing Relative to Plaintiff's Motion to Substitute Estate Representative for the Deceased Claimant, Mark Arnold (R. Doc. 109).**

Under Federal Rule of Civil Procedure 25(a)(1): "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. . .[which] may be made by any party or by the deceased successor or representative." "Under [Rule] 25, the surviving spouse must either notify the Court that the estate has been distributed without being filed for probate, or she must become appointed executrix of decedent's estate." *Hanover Ins. Co. v. White Kitchen Square, Ltd.*, No. 93-1826, 1994 WL 151094, at *1 (E.D. La. Apr. 12, 1994). *Accord, Ashley v. Ill. C. Gulf. R. Co.,* 98 F.R.D. 722, 723 (S.D. Miss. 1983) ("Unless the estate of a deceased party has been distributed at the time of the making of the motion for substitution, the 'proper' party for substitution would be either the executor or administrator of the estate of the deceased.").

Here, Sue Arnold has provided nothing to the Court to demonstrate whether the estate has been distributed or that she has been named executrix of the decedent's estate. As such, the Court will deny the motion at this time. *See Rowland v. GGNSC Ripley, LLC*, 2015 WL 5197565, at *2-3 (N.D. Miss. Sept. 4, 2015).

**IT IS ORDERED** that Sue Arnold's **Motion for Expedited Hearing Relative to Plaintiff's Motion to Substitute Estate Representative for the Deceased Claimant, Mark Arnold (R. Doc. 109)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Sue Arnold's **Motion to Substitute Estate Representative for the Deceased Claimant, Mark Arnold (R. Doc. 113)** is **DENIED.**

New Orleans, Louisiana, this 6th day of December 2016.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**